United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN GADDY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. TOWNSEND, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-01319-HSG (PR)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO ANSWER COMPLAINT**<br><br>Re: Dkt. No. 10 |

　　Plaintiff's motion to compel Defendants to answer his complaint is DENIED.  Defendants have filed a waiver of reply instead of an answer, which is permitted by statute.  *See* 42 U.S.C. § 1997e(g).  Defendants' dispositive motion is currently due on or before October 13, 2016.

　　This order terminates Docket No. 10.

　　**IT IS SO ORDERED.**

Dated: 9/20/2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge