UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JOHN GADDY,

    Plaintiff,

  v.

M. TOWNSEND, et al.,

    Defendants.

Case No. 16-cv-01319-HSG

**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

Re: Dkt. No. 16

    Good cause being shown, Defendants' request for an extension of time to file a dispositive motion is GRANTED. Defendants shall file their dispositive motion by October 27, 2016. Plaintiff's opposition to the dispositive motion must be filed with the Court and served upon Defendants no later than 28 days from the date the motion is filed. Defendants shall file a reply brief no later than 14 days after the date the opposition is filed.

    This order terminates Docket No. 16.

    **IT IS SO ORDERED.**

Dated: 10/17/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge