UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN GADDY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. TOWNSEND, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-01319-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 22 |

Good cause appearing, Plaintiff's request for an extension of time to file an opposition to Defendants' motion for summary judgment is GRANTED. Plaintiff shall file his opposition no later than **December 22, 2016**. Defendants shall file their reply no later than **fourteen (14)** days after the date of service of the opposition.

This order terminates Docket No. 22.

**IT IS SO ORDERED.**

Dated: 11/28/2016

　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge