UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN GADDY,<br><br>    Plaintiff,<br><br>v.<br><br>M. TOWNSEND, et al.,<br><br>    Defendants. | Case No. 16-cv-01319-HSG (PR)<br><br>**JUDGMENT** |

    Defendants' motion for summary judgment having been granted, judgment is entered in favor of defendants.

    **IT IS SO ORDERED.**

Dated: August 16, 2017

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN GADDY,<br>    Plaintiff,<br>    v.<br>M. TOWNSEND, et al.,<br>    Defendants. | Case No. 16-cv-01319-HSG<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 16, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael John Gaddy ID: J02095
Kern Valley State Prison
P.O. Box 5101
Delano, CA 93216

Dated: August 16, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Nikki D. Riley, Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.