UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN GADDY, | Case No. 16-cv-01319-HSG |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF** |
| v. | |
| M. TOWNSEND, et al., | Re: Dkt. No. 48 |
| Defendants. | |

Plaintiff has filed a request for an extension of time to file his response to Defendants' supplemental brief, which the Defendants have titled a second motion for summary judgment. Dkt. No. 48. This request is GRANTED. Plaintiff's supplemental brief (Dkt. No. 49) and responsive brief (Dkt. No. 51) are both deemed timely. To the extent that Plaintiff seeks clarification regarding the issue to be briefed, the Court DENIES this request as moot. Plaintiff's post-remand briefs adequately set forth his claims of retaliation. The Ninth Circuit remand specified that the Ninth Circuit was unclear as to why the first level response ("FLR") to Grievance No. 14-03104 was not corrected, and this Court therefore ordered the post-remand briefing to focus on this issue. The parties have addressed all potential claims.

This order terminates Dkt. No. 48.

**IT IS SO ORDERED.**

Dated: 3/28/19

HAYWOOD S. GILLIAM, JR.
United States District Judge