1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JOHN GADDY,

          Plaintiff,

     v.

M. TOWNSEND, et al.,

          Defendants.

Case No. 16-cv-01319-HSG

**JUDGMENT**

Defendants' second motion for summary judgment having been granted, judgment is entered in favor of defendants. The Clerk shall close the file.

Dated: 03/29/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge